QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
VICTOR SOLANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br><br>v.<br><br>SANH CHAN THAI, etc., et al.,<br><br>        *Defendants*.<br>_____ | NO.  1:05-0102 OWW<br><br>STIPULATION TO VACATE MOTIONS CALENDAR/HEARING AND TO BE RESET;  SET AND CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON<br><br>Date:   August 29, 2005<br>Time:  1:30 p.m.<br>Judge: Hon.  Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between plaintiff and defendant Victor Solano's counsel of record herein, that the motions calendar and the hearing on said motions set for July 5, 2005 is hereby vacated to be reset by the Court; and it is requested that a Status Conference Hearing be set for **August 29, 2005 at 1:30 p.m.**

**IT IS FURTHER STIPULATED** by and between plaintiff and defendants Sanh Chan Thai and Jun Gao's counsel of record herein, that the Status Conference Hearing scheduled for July 5, 2005 is hereby continued to **August 29, 2005 at 1:30 p.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

///

///

1  preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2  DATED: June 30, 2005                           MCGREGOR W. SCOTT
                                                  United States Attorney

5                                                 By /s/ Jonathan B. Conklin
                                                  JONATHAN B. CONKLIN
6                                                 Assistant U.S. Attorney
                                                  Attorney for Plaintiff

8  DATED: June 30, 2005

10                                                /s/ Stephen Mensel
                                                  STEPHEN MENSEL
11                                                Attorney for Defendant
                                                  SANH CHAN THAI

13  Dated: June 30, 2005

15                                                /s/ Patience Milrod
                                                  PATIENCE MILROD
16                                                Attorney for Defendant
                                                  JUN GAO

                                                  QUIN DENVIR
18                                                Federal Defender

20                                                By /s/ Mark A. Lizárraga
                                                  MARK A. LIZÁRRAGA
21                                                Assistant Federal Defender
                                                  Attorney for Defendant
22                                                VICTOR SOLANO

23                                **O R D E R**

24  IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§

25  3161(h)(8)(A) and 3161(h)(B)(iv).

26  DATED: July __6___, 2005
                                                  /s/ OLIVER W. WANGER
                                                  _____
                                                  OLIVER W. WANGER
28                                                U.S. District Court Judge for the
                                                  Eastern District of California