Patience Milrod # 77466
Law Office of Patience Milrod
844 North Van Ness Avenue
Fresno, California 93728
559/442-3111
Fax: 559/442-3164

Attorney for Defendant JUN GAO

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE No. CR F 05-00102 OWW |
| Plaintiff, ) | |
| ) | APPLICATION FOR ORDER |
| vs. ) | EXONERATING BOND |
| ) | and |
| JUN GAO ) | [PROPOSED] ORDER |
| ) | |
| Defendant. ) | |

Defendant Jun Gao, through counsel Patience Milrod, hereby moves the Court for an order exonerating the bond in the above-captioned case.

On or about March 24, 2005, the magistrate judge for the Central District ordered Ms. Gao released from custody under conditions of Pretrial Services supervision, including a $ 50,000 appearance bond, with a cash deposit in the amount of $5,000. On March 25, 2005, the Affidavit of Surety was executed by Limin Chai; on March 28, the $5,000 cash deposit was posted, also by Limin Chai. On or about May 27, 2005, defendant Jun Gao made an initial appearance in this matter, and was released on the

PDF created with pdfFactory trial version www.pdffactory.com

same conditions imposed in the Central District. (Docket # 18.)

On March 7, 2006, Ms. Gao appeared in the United States District Court for the Eastern District of California and entered a plea of guilty to 18 USC § 2342(a), Transportation of Contraband Cigarettes; she was sentenced to three years probation and a $ 100.00 penalty assessment.

Because Ms. Gao has been sentenced, she requests that this Court exonerate the appearance bond previously required by the Magistrate Court, and release the cash deposit back to Limin Chai.

Date: April 21, 2006                                    Respectfully submitted,

                                                         _/s/ Patience Milrod_____
                                                         PATIENCE MILROD
                                                         Attorney for Defendant Jun Gao

### [PROPOSED] ORDER

IT IS HEREBY ORDERED that the appearance bond posted by Limin Chai in this matter in the amount of $ 50,000 be exonerated, and the $ 5,000 cash deposit be refunded to Limin Chai, whose current address is 18566 Stonegate Lane, Rowland Heights, CA 91748.

IT IS SO ORDERED.

Dated:   April 28, 2006                                 /s/ OLIVER W. WANGER
                                                         _____
                                                         HON. OLIVER W. WANGER
                                                         Judge of the Eastern District

*Application for Order Exonerating Bond and [Proposed] Order*                                     2

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

*Application for Order Exonerating Bond and [Proposed] Order*                                                                 *3*

PDF created with pdfFactory trial version www.pdffactory.com